ACCEPTED
04-16-00404-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/30/2016 11:29:19 AM
KEITH HOTTLE
CLERK

### No. 04-16-00404-CV

### IN THE FOURTH COURT OF APPEALS
### at SAN ANTONIO, TEXAS

------------------------

### CITY OF LAREDO
### Defendant - Appellant

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

8/30/2016 11:29:19 AM

KEITH E. HOTTLE
Clerk

### v.
### PRISCILLA RANGEL, INDIVIDUALLY AND AS NEXT FRIEND OF
### ANDREA ALDAPE, A MINOR

### Plaintiffs - Appellees

------------------------

Trl. Ct. No. 2013-CVT-002103; Appeal from the 341st Judicial District Court,
Webb County, Texas; The Honorable Becky Palomo, Presiding

======================================================================
### MOTION TO DISMISS APPEAL
======================================================================

TO THE HONORABLE FOURTH COURT OF APPEALS:

The Appellant City of Laredo, pursuant to Texas Rules of Appellate Procedure Rule 42.1(a)(1) moves for an order dismissing this appeal and in support would show as follows:

1. On August 26, 2016, the trial court conducted a hearing to review the settlement of the claims of the minor child, Andrea Aldape. At that hearing, the Court approved the settlement of the claims of the minor child. All claims of the adult Plaintiff and Appellee, Priscilla Rangel, were also settled and released. The trial court also dismissed the lawsuit with prejudice.

2. The settlement and the trial court's dismissal is a final disposition of all of the Parties' claims, causes of action, debts, demands, obligations, and liabilities, whether claimed in this lawsuit or claimed on account of it.

3.     The Parties have agreed that all attorney's fees, court costs, and all other expenses related to this lawsuit and appeal shall be paid by the party who incurred the same.

WHEREFORE, Appellant City of Laredo prays that this appeal be dismissed as authorized by Rule 42.1(a)(1), Texas Rules of Appellate Procedure.

Respectfully submitted,

LAW OFFICES OF ALBERT LÓPEZ
14310 Northbrook Dr., Suite 200
San Antonio, Texas 78232
Telephone:  (210) 404-1983
Fax:  (210) 404-1990

By: /s/ Albert López
     ALBERT LÓPEZ
     State Bar No. 12562350
     alopezoffice@gmail.com
     ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2016, a true and correct copy of this document was served in accordance with the Texas Rules of Appellate Procedure addressed to: Mr. Reynaldo L. Diaz, 1615 Broadway, San Antonio, Texas 78216.

/s/ Albert López
Albert López